JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN J. KOHUTE,<br>Petitioner,<br>v.<br>ORANGE COLLEGE, ET AL.,<br>Respondents. | No. SA CV 26-1473-SRM(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition and the action are dismissed without leave to amend but without prejudice.

DATED: July 28, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE